# IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF PENNSYLVANIA

**BRITTANY MILLER**
P.O. Box 222
Sturgeon, PA 15082                                              **JURY TRIAL DEMANDED**

    Plaintiff,

v.                                                              CASE NO. 2:21-cv-01031-RJC

**OPEKA AUTO REPAIR**
440 Valleybrook Road
McMurray, PA 15317

    Defendant

## STIPULATION OF DISMISSAL

The parties to this action, acting through counsel, and pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii) hereby stipulate, and in consideration of a negotiated settlement executed by them, to the Dismissal with Prejudice of this action. All parties are to bear their own costs.

    Respectfully submitted,

Date: March 28, 2022

    BY: _/s/Mary LeMieux-Fillery, Esq._
        Mary Lemieux-Fillery, Esquire
        Law Offices of Eric A. Shore, P.C.
        Two Penn Center, Suite 1240
        1500 John F. Kennedy Blvd.
        Philadelphia, PA 19110
        Attorney for Plaintiff

## IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF PENNSYLVANIA

**BRITTANY MILLER**
P.O. Box 222
Sturgeon, PA 15082                                   **JURY TRIAL DEMANDED**

    Plaintiff,

v.                                                   CASE NO. 2:21-cv-01031-RJC

**OPEKA AUTO REPAIR**
440 Valleybrook Road
McMurray, PA 15317

    Defendant

## CERTIFICATE OF SERVICE

I, Mary Lemieux-Fillery, Esquire, counsel for Plaintiff, certify that on the below date, I sent a true and correct copy of Notice of Dismissal Pursuant to F.R.Civ.P 41 via EDPA ECF System to:

Suzanne B. Merrick, Esquire
Thomas, Thomas & Hafer LLP
600 Grant Street, Suite 2600
Pittsburgh, PA 15219
smerrick@tthlaw.com
Attorney for Opeka Auto Repair

                                                 _/s/Mary LeMieux-Fillery, Esq._
                                                 **Mary LeMieux-Fillery, Esquire**
                                                 Associate Attorney
                                                 maryf@ericshore.com
                                                 Direct Dial: 267-546-0132

Date: <u>March 28, 2022</u>